I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.2.13

DEPUTY CLERK

JS-6

Entered
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD ROBLES QUINTANILLIA,

    Petitioner,

vs.

M.D. McDONALD, Warden,

    Respondent.

Case No. EDCV 13-0084-DOC (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 1, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE